**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

KAYLA-MARIE J.,

              Plaintiff,

         -v-                                    6:25-CV-269 (AJB/DJS)

COMMISSIONER OF SOCIAL SECURITY,

              Defendant.

_____

**Hon. Anthony Brindisi, U.S. District Judge:**

## ORDER ON REPORT & RECOMMENDATION

On March 3, 2025, plaintiff Kayla-Marie J.[1] ("plaintiff") filed this action seeking review of the final decision of defendant Commissioner of Social Security ("Commissioner") denying her application for benefits under the Social Security Act.  Dkt. No. 1.  Along with her complaint, plaintiff moved for leave to proceed _in forma pauperis_ ("IFP Application").  Dkt. No. 3.

The matter was referred to U.S. Magistrate Judge Daniel J. Stewart for a Report & Recommendation ("R&R").  _See_ Dkt. No. 6.  Judge Stewart granted plaintiff's IFP Application, Dkt. No. 7, the Commissioner filed a certified copy of the Administrative Record, Dkt. No. 9, and the parties briefed the matter in accordance with General Order 18, which provides that an appeal from the Commissioner's denial of benefits will be treated as if the parties have cross-moved for judgment on the pleadings under Rule 12(c) of the Federal Rules of Civil Procedure, Dkt. Nos. 12, 14, 15.

---

[1]  On May 1, 2018, the Judicial Conference's Committee on Court Administration and Case Management issued a memorandum that encouraged courts to better protect the privacy of non-governmental parties in Social Security matters by using only the first name and last initial of the claimant in published opinions.

On April 28, 2026, Judge Stewart advised by R&R that: (1) plaintiff's motion should be denied; (2) the Commissioner's motion should be granted; (3) the Commissioner's final decision should be affirmed; and (4) plaintiff's complaint should be dismissed.  *See* Dkt. No. 16.

Neither party has lodged objections, and the time period in which to do so has expired.  *See* Dkt. No. 16.  Upon review for clear error, Judge Stewart's R&R is accepted and will be adopted. *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1.  The Report & Recommendation (Dkt. No. 16) is ACCEPTED;

2.  Plaintiff's motion is DENIED;

3.  The Commissioner's motion is GRANTED;

4.  The Commissioner's final decision is AFFIRMED; and

5.  Plaintiff's complaint is DISMISSED.

The Clerk of the Court is directed to terminate the pending motion, enter a judgment accordingly, and close the file.

**IT IS SO ORDERED.**

Dated:  May 18, 2026
          Utica, New York.

Anthony J. Brindisi
U.S. District Judge